# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BANK OZK § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-00222- |
| § | ALM-AGD |
| AMAC, LLC d/b/a SWEETWATERS § | |
| COFFEE & TEA, et al. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2024, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendation that Bank OZK's Motion for Default Judgment against Defendants AMAC, LLC, Akinyele Macaulay, Adejumoke Adesuyi-Macaulay, and Akinsmac, Inc. (Dkt. #14) be granted as to Plaintiff's claim for breach of contract as to all Defendants in the amount of $261,649.10 in contract damages plus interest in the amount of $43.01 per annum from March 20, 2023, until the date of the final judgment; post-judgment interest at the prevailing federal rate; and reasonable and necessary attorneys' fees and costs of court in the amount of $7,323.50; and that Defendants AMAC, LLC, Akinyele Macaulay, Adejumoke Adesuyi-Macaulay, and Akinsmac, Inc. should be jointly and severally liable for the judgment awarded in the Report.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Bank OZK's Motion for Default Judgment against Defendants AMAC, LLC, Akinyele Macaulay, Adejumoke Adesuyi-Macaulay, and Akinsmac, Inc. (Dkt. #14) is **GRANTED** as to Plaintiff's claim for breach of contract as to all Defendants in the amount of $261,649.10 in contract damages plus interest in the amount of $43.01 per annum from March 20, 2023, until the date of the final judgment; post-judgment interest at the prevailing federal rate; and reasonable and necessary attorneys' fees and costs of court in the amount of $7,323.50; and that Defendants AMAC, LLC, Akinyele Macaulay, Adejumoke Adesuyi-Macaulay, and Akinsmac, Inc. should be jointly and severally liable for the judgment awarded in the Report.

**IT IS SO ORDERED.**
SIGNED this 28th day of March, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE